Eastern District of Kentucky
**FILED**

**APR 2 1 2010**

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY (LEXINGTON)
CASE NUMBER - 5:10-CV-00129

GARY STRONG                                                    Plaintiff

v.

KENTUCKY HIGHER EDUCATION STUDENT LOAN CORP.          Defendant
dba THE STUDENT LOAN PEOPLE

## ANSWER

1. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, lacks information necessary to admit or deny.

2. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

3. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

4. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

5. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

6. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

7. Admit.

8. Admit in part that we are a municipal corporation any denies that is our main address.

9. Admit.

10. Admit.

11. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

13. Deny.

14. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

15. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

16. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

17. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

18. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

19. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

20. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

21. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

22. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

23. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

24. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

25. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

26. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

27. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

28. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

29. Deny.

30. Deny.

31. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

32. The Kentucky Higher Education Student Loan Corporation, aka The Student Loan People, can neither admit nor deny.

33. Deny.

34. Deny.

35. Deny.

**Respectfully Submitted By:**

Diana L. Barber
Attorney for Plaintiff
Kentucky Higher Education Student Loan Corporation
10180 Linn Station Road, Suite C200
Louisville, Kentucky 40223
(502) 329-7227

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 20th day of April, 2010, a true and correct copy of the foregoing has been sent via first class mail, postage prepaid, to the following:

Equifax Inc.
John M. Williams, Esq.
Rajkovich, Williams, Kilpatrick & True, PLLC
2333 Alumni Park Plaza, Suite 310
Lexington, KY 40517

U.S. Department Of Education
David, Middleton
Assistant United States Attorney
United States Attorney's Office
260 West Vine Street, Suite 300
Lexington, KY 40507

Trans Union LLC
William R. Brown, Esq.
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN 46204

Experian Information Solutions Inc.
Angela M. Taylor, Esq.
Jones Day
3161 Michelson Drive, Suite 800
Irvine, CA 92612

Hon. Richard Kenniston
Appalachian Research And Defense
Fund Of KY, Inc.
100 Highway 15 South, Suite 211
Jackson, KY 41339

Diana L. Barber
Attorney for Plaintiff
Kentucky Higher Education Student Loan
Corporation
10180 Linn Station Road, Suite C200
Louisville, Kentucky 40223
(502) 329-7227